DISCLAIMER ........................................................................................ 5

WELCOME .......................................................................................... 6

OUR HISTORY .................................................................................... 7

GENERAC'S FACILITIES .................................................................... 9

QUALITY STATEMENT ...................................................................... 11

CUSTOMER 1ST ................................................................................. 12

VISION ............................................................................................... 13

MISSION ............................................................................................ 13

CORPORATE VALUES ...................................................................... 14

POWERING AHEAD ........................................................................... 15

GENERAL POLICIES .................................................................. 16-24
Safety ................................................................................................. 16
Violence in the Workplace/No Weapons Allowed ................................ 16
Open Door Policy ............................................................................... 17
Equal Employment Opportunity .......................................................... 18
Americans with Disabilities Act (ADA) ............................................... 19
Harassment, Discrimination and Retaliation Policy ....................... 20–22
Harassment, Discrimination and Retaliation Reporting ...................... 23
Retaliation Prohibited ......................................................................... 24

ABOUT YOUR NEW JOB ............................................................ 25–50
Hours of Work .................................................................................... 25
Overtime ............................................................................................ 25
Payroll ............................................................................................... 26
Errors in Pay ...................................................................................... 26
Payroll Deductions, Assignment and Garnishment of Wages ............. 26
Jury Duty ........................................................................................... 27
Bereavement Pay ............................................................................... 27
Company Property .............................................................................. 28
Attendance ......................................................................................... 28
Leaves of Absence ............................................................................ 28
Medical Leave .................................................................................... 29
Family and Medical Leave – Federal ................................................. 29
Employee Eligibility ...................................................................... 29–31
Definitions ..................................................................................... 32–33
Spouses Employed by Generac. ........................................................ 33
Notice ........................................................................................... 34–35
Medical Certification .................................................................... 36–37
Intermittent Leave .............................................................................. 37
Employee Benefits During Family and Medical Leave of Absence ...... 37
Return From a Family and Medical Leave ...................................... 37–38
Paid Benefits and Coordination with Other Policies ........................... 39
Anti-Retaliation Provision ................................................................... 39
Wisconsin Family Medical Leave ....................................................... 40
Personal Leave .................................................................................. 40
Military Family Leave .......................................................................... 41
Military Leave ..................................................................................... 41
Holidays ............................................................................................. 42
Benefits Programs .............................................................................. 43
Vacation with Pay—Office .................................................................. 44
Educational Assistance Eligibility ....................................................... 44
Unemployment Compensation ........................................................... 44

EXHIBIT
A

Worker's Compensation ........................................................... 45
Employment Records .............................................................. 45
Security Policy ....................................................................... 46
Foreign Trade Zone (FTZ) ...................................................... 46
Dress Code ........................................................................... 47
Drug and Alcohol Policy ......................................................... 47
Tobacco-free ......................................................................... 48
Parking Lot ........................................................................... 48
Bulletin Boards and Communication Screens ......................... 48
No Solicitation ....................................................................... 49
Lost and Found ..................................................................... 49
Disciplinary Policy ................................................................. 49
Effect of Termination of Employment ..................................... 50

**APPLICABLE TO MANUFACTURING EMPLOYEES ONLY ........ 51–58**
Probationary Period ............................................................... 51
Length of Service .................................................................. 51
Advancement Opportunity ...................................................... 51
Vacation with Pay .................................................................. 52
Care of Machines, Equipment and Housekeeping ................... 52
Lunch Period/Rest Periods ..................................................... 53
Clean-up Period .................................................................... 53
Telephone Calls .................................................................... 53
Time reporting ....................................................................... 53
Personal Dress and Cleanliness ............................................ 54
Layoff and Recall .................................................................. 54
Disciplinary Policy ................................................................. 55
Occurrence Policy ................................................................. 55
Discipline Process ........................................................... 55–58

**WAUKESHA & EAGLE ADDENDUM ................................. 59**
Call-in Procedure ................................................................... 59
Unions .................................................................................. 59

**WHITEWATER FACILITY ADDENDUM ......................... 60–61**
Call-in Procedure ................................................................... 60
The Hours of Work ................................................................ 61
Lunch Period ........................................................................ 61
Rest Periods ......................................................................... 61
Designated Smoking and Tobacco Policy ............................... 61

**JEFFERSON FACILITY ADDENDUM ........................... 62–64**
Call In Procedure .................................................................. 62
The Hours of Work ................................................................ 62
Lunch Period ........................................................................ 63
Rest Periods ......................................................................... 63
Small Appliance Policy .......................................................... 63
Closed Campus Policy ........................................................... 63
Designated Smoking and Tobacco Policy ............................... 64
Over Time Pay Policy ............................................................. 64

**OSHKOSH FACILITY ADDENDUM ............................... 65–69**
Call In Procedure .................................................................. 65
Hours Of Work ...................................................................... 66
Attendance ...................................................................... 66–67
Holidays ............................................................................... 67
Floating Holiday .................................................................... 68
Hours Of Work ...................................................................... 68
Smoking Policy ..................................................................... 69
Badge Policy ......................................................................... 69

# DISCLAIMER

This Employee Handbook provides an overview of Generac Power Systems, Inc. ("Generac") and summarizes some of the employment guidelines of Generac. It has been prepared to acquaint all employees with Generac policies and procedures, rules, and regulations and help direct you to the appropriate individuals to answer questions. It is your responsibility to read and become familiar with this handbook. If you have any questions that are not answered in this handbook and a specific contact to answer your question is not provided, please direct your questions to Human Resources.

This Employee Handbook has been prepared for informational purposes only and is not intended to cover all policies, plans and procedures of Generac. Nothing in this handbook constitutes a guarantee of employment, a guarantee of any other rights or benefits or a contract of employment, express or implied. Termination of employment may occur at any time, without notice, and with or without cause, at the option of Generac or the employee. Generac may modify or eliminate the provisions set forth in this handbook at any time with or without notice. Generac reserves the right to modify, add, revoke, suspend, terminate or change any or all plans, policies or procedures of the company, in whole or in part, at any time with or without notice. The information contained in this Employee Handbook is confidential and proprietary to Generac. This Employee Handbook is for internal use only and may not be distributed outside of Generac. The collective bargaining agreement shall control in case of a direct conflict between this handbook and any specific provision of a collective bargaining agreement.

# WELCOME

Welcome to Generac! It's a great time to join the power generation industry and we are excited to have you as a member of our team!

Together, Generac and our subsidiaries have over 100 years of market experience and combined with our employee's knowledge,

commitment, and strong brands, we are positioned incredibly well as a leader in the global market for backup power solutions.

Our employee handbook is intended to familiarize you with Generac and our approach to doing business. Our guiding principles,

including our vision, mission, and values, are important factors in the decisions we make every day. These principles apply to all

Generac locations and should provide important guidance for your conduct at the company as well as influence your personal and

professional success here at Generac. As a U.S. based company traded on the New York Stock Exchange under the ticker symbol

GNRC, our Corporate Governance policies create an important foundation for all employees to ensure we consistently apply ethical and

sound business practices in everything we do.

Last but certainly not least, I would like you to know that as member of our team, you are a part of the company's most important asset

– our people. The successes we have achieved would not be possible without the hard work and dedication of our employees.

Sincerely,

Aaron Jagdfeld

*President & CEO*

*Generac Power Systems, Inc.*

# OUR HISTORY

The history of Generac Power Systems is a success story marked by continuous innovative engineering, vertically integrated manufacturing and a can-do philosophy.

Generac Power Systems was incorporated in 1959 when Robert D. Kern applied a new silicon diode technology to portable generators. Manufacturing began with five employees in a garage in Wales, WI. The first Generac products were well received and very successful in the refrigeration and utility truck industry. By 1960, an entire new product line was added—the engine generator. Customer acceptance was very encouraging, and in 1961 Generac began an association with Sears, Roebuck and Co. as producer of Craftsman brand portable generators—a relationship that would last more than 40 years.

It wasn't long before the company's success required manufacturing facilities to grow. The dairy barns at Brookhill Farms in Wales were remodeled in 1962 to give Generac more space, and production continued there for the next three years. As Generac continued to design, develop and manufacture products for a growing market, the company soon needed even larger facilities. In 1965, operations were moved to the newly constructed Waukesha facility, the site of which continues to be Generac corporate headquarters.

In 1967, a fire completely destroyed the original Waukesha facility. Nine volunteer fire departments battled the blaze, but the building was ultimately lost. Undaunted by the disaster, however, Generac employees, their families, and friends moved all salvageable equipment back to the barn in Wales and resumed production within two days of the fire, until the Waukesha facility was rebuilt.

From 1972 to 1978, generator sales continued to increase as Generac expanded its offerings to multiple markets, primarily selling portable generators. In response to the collapse of the consumer market in the 1980s—brought about by the oil embargo and troubled U.S. economy— Generac diversified its product offering by developing new and more powerful industrial and commercial generators up to 250 kW.

In the early 1990s, Generac pioneered the Generac overhead valve industrial (OHVI) engine—designed and built specifically for generator use. These engines continue to drive Generac portable and automatic home standby generators. At about the same time, the company added pressure washers to its portfolio, and with them earned several patents that redefined industry standards.

With the turn of the century, Generac launched modular power systems (MPS), which redefined generator paralleling (using two or more smaller generators instead of a single large generator). In 2003 came the Generac Bi-Fuel™ generator, which runs on a mixture of diesel fuel and natural gas.

In late 2006, Mr. Kern sold Generac to CCMP Capital, New York, N.Y. A year after celebrating its 50th anniversary as a U.S.-based manufacturing company—Generac began trading on the New York Stock Exchange under the ticker symbol GNRC.

2011 saw Generac make the first strategic acquisition in its history, with the purchase of Magnum Power Products in Berlin, Wis. A leading manufacturer of light towers, mobile generators, and industrial pumps, Magnum Power Products helped Generac pursue its "Powering Ahead" strategic plans with a complementary mix of products and distribution channels.

The following year, Generac acquired Ottomotores, a leading manufacturer of power generation equipment in Mexico and other parts of Latin America, headquartered in Mexico City, Mexico. Ottomotores brought Generac a platform for future growth in additional markets outside North America through Ottomotores' broad product offering of higher output power products and strong, established distribution network.

In 2013, Generac acquired Tower Light Srl, a leading developer and supplier of mobile light towers throughout Europe, the Middle East and Africa. The company also purchased the generator products division of Baldor Electric Company, getting access to another complete line of portable, mobile, standby, and prime power generators up to 2 MW.

# GENERAC'S FACILITIES

**Waukesha, WI**
*Corporate Headquarters & Liquid-Cooled Generator Production*
265,000 square foot manufacturing facility. Prototype design, testing and production of water-cooled generators.

**Eagle, WI**
*Metal Fabrication & Liquid-Cooled Genset Final Assembly*
240,000 square foot manufacturing facility capabilities. Production of base tanks and weather-resistant enclosures, test facilities for gensets and low voltage switchgear.

**Eagle, WI**
*Technical Training Center*
6,000 square foot state-of-the-art multipurpose training center. Features a large demonstration area, hands on workshop and classroom.

**Whitewater, WI**
*Air-Cooled Engine & Residential Standby Generator Production*
300,000 square foot manufacturing facility. Production of Generac's trademark OHVI® air-cooled engines, RV motor home generators & air-cooled generators.

**Whitewater, WI**
*Distribution Center*
200,000 square foot distribution center. This state-of-the-art facility was added to the Whitewater location in 2007.

**Jefferson, WI**
*Portable Products Manufacturing*
250,000 square foot manufacturing facility. Production of Generac pressure washers and portable generators.

**Oshkosh, WI**
*Commercial and Industrial Generator Manufacturing*
255,000 square foot manufacturing facility. Production of mobile and stationary generators up to 2 megawatts.

# QUALITY STATEMENT

As a company focused on the manufacture of power products for more than 50 years, Generac is proud of the quality and efficiency it has built into its business operations. It is the personal responsibility of every employee to do his/her best to promote the manufacture of quality merchandise. You are responsible for knowing what level of quality is acceptable in your work, and abide by it. When in doubt, discuss with your manager. When you complete your work, you should approve of the quality. Poor quality and damaged parts are expensive to the company and can affect the company's reputation among customers. Don't be satisfied with just getting by. Strive for 100% quality.

We are committed to satisfying both our internal and external customers, by continually improving our products, our processes, and how we measure ourselves."


CUSTOMER 1ST

Generac has actually incorporated it into the company's culture. "Customer 1ST", it is a philosophy that states, "Generac puts you, the customer, first to ensure your peace of mind by delivering a quality product and ownership experience." Employees across the company nominate their colleagues for Customer 1st awards. One award winner is singled out for special accolades every month, with all nominees recognized by their managers and coworkers in their respective departments.

Additionally, this focus on customers is celebrated every year during Customer 1ST Week. The week long event reinforces the significance we put on providing a qualify experience for all customers. As part of our culture, Customer 1ST reminds us about our mission and Customer Promise, and encourages employees to recognize and appreciate each other as customers. Customer 1st Week gives employees across the company the opportunity to reward each other for the specific ways they honored the Customer 1ST initiative.

# VISION

We are an innovative, industry- leading global company that designs, manufactures, and distributes highly reliable, affordable power products, services and solutions.

# MISSION

Our team's number one priority is to meet customer's expectations and ensure their peace of mind by delivering a quality product and ownership experience at an excellent value. By satisfying our customers, we continue to prosper and grow, building a more secure future for our people and creating value for our stakeholders.

# CORPORATE VALUES

**Integrity**
We practice the highest ethical standards by honoring our commitments and treating everyone with fairness, trust and respect.

**Innovation**
We foster creativity and make significant investments in developing and applying new technologies and ideas to strengthen our market-leading positions.

**People**
We believe our success is directly tied to our employees' personal and professional growth. We recognize their achievements and share in our mutual success. We care about the safety and well being of our employees, their families, and our communities.

**Environment**
We are committed to developing environmentally responsible products and processes.

**Agility**
We move with urgency and precision to take advantage of market opportunities and out-execute competitors. We are progressive and focused on the future. With our scale and resources, we shape market dynamics, not react to them.

**Excellence**
We are committed to delivering quality and performance by continuously reaching for excellence in everything we do. We build great global teams and use our disciplined operating model to accelerate profitable growth.

# POWERING AHEAD

In 2010, Generac implemented its "Powering Ahead" strategy to bolster Generac's reputation as a respected member of the Wisconsin manufacturing community while positioning the company for dramatic, profitable growth. The Powering Ahead strategy features four key elements:

- *GROW* the residential standby market. The home standby generator market is one Generac created more than 25 years ago. Today we are the clear market leader. Nonetheless, only about 3% of households nationwide have a home standby generator. Our goal is to grow this market penetration.

- *GAIN* industrial market share. We believe we achieve this goal by developing and improving our industrial distribution channels, increasing our addressable market with new products, increasing the rate at which our products are specified in power generation applications, and applying our leadership position in the growing market for cleaner-burning, more cost-effective natural-gas fueled backup power solutions.

- *DIVERSIFY* demand with new products. Much of our diversification has been achieved with strategic acquisitions over the last few years; these include Magnum Power Products, Ottomotores, and Tower Light. We now have access to several new products, new markets and new customers.

•     *ENTER* into new geographies. Given that the global market for power generation equipment is estimated at $12 to $14 billion annually, we believe there are significant growth opportunities for Generac by expanding into new geographies. The acquisition of the Ottomotores and Tower Light businesses provides us with an enhanced platform and immediate scale for our international growth initiatives.

## Safety

*Safety Mission Statement:* To provide all Generac employees a workplace free from hazards and empower them to effectively change or correct those they see.

Generac recognizes the importance of safety, and accepts responsibility to achieve and maintain a safe workplace, with the objective of ensuring that no employee suffer injury while on the job. Generac believes that safety is an integral part of all operations and is a primary responsibility of all employees in their specific work function. Generac promotes safe work practices and provides adequate workspace free from recognized hazards. All employees are expected to prevent accident and injury, correct unsafe conditions and promptly report any hazard which may develop. Managers and lead personnel are responsible to ensure that employees follow safe work practices at all times. Always exercise due care when working for Generac. Most accident can be prevented with proper caution – whether in the office or manufacturing facilities. Always abide by applicable facility safety policies, rules and regulations. All unsafe working conditions should be reported immediately to your manager.

## Violence in the Workplace/No Weapons Allowed

Generac does not tolerate any type of workplace violence committed by or against employee. You are prohibited from making threats or engaging in violent actions at work. The following are examples of conduct that is prohibited: (1) causing physical injury to another person; (2) making threatening remarks; (3) intentionally damaging Generac's property or the property of another person; (4) use or possession of a weapon while on Generac's property or while on Generac business, except when an employee properly stores a firearm out of plain sight in his/her vehicle. Any employee determined to have committed such acts will be subject to discipline up to and including termination. Non-employees engaged in violent acts on Generac's premises will be reported to the proper authorities and fully prosecuted. Any potentially dangerous situation must be reported immediately to your manager and Human Resources.

## Open Door Policy

We value direct, open and honest communication. We encourage you to talk with your immediate manager regularly. Your manager is here to support you in your individual objectives and activities. We encourage you to share your ideas for improvements and ways to better serve our customers. Your ideas are highly valuable in helping us maintain our competitive edge. You have the right to discuss things that are bothersome to you. We firmly believe it is better for employees and management to work together at solving problems and resolving differences.

## Equal Employment Opportunity

Generac is firmly committed to creating a climate where the difference perspectives that diversity brings to its business are valued. Attracting and developing a diverse workforce that reflects the communities in which we serve is at the foundation of this precept. Generac does not discriminate in employment opportunities or practices on the basis of race, color, religion, age, sex, national origin, disability, ancestry, sexual orientation, marital status, veteran status, arrest or conviction record, or any other basis prohibited by state

or federal law. Employment decisions will be based on the principles of equal employment opportunity and with the intent to further Generac's commitment to diversity. As a part of Generac's Affirmative Action plan, Generac will:

1. Recruit, hire, upgrade, train, promote and take all other personnel actions in all job classifications without regard to race, sex, age, religion, sexual orientation, arrest record, conviction record, marital status, pregnancy, disability, developmental disability, national origin, citizenship, veteran status, military status, disabled veteran status, or any other area of prohibited discrimination;

2. Encourage all current employees regardless of position to refer others for employment;

3. Base employment decisions on the principles of equal opportunity employment opportunity and with the intent to further Generac's commitment to affirmative action and workplace diversity; and

4. Take affirmative action to ensure that minority group individuals, women, veterabsm qualified persons with a disability and disabled veterans are introduced into the workforce and that these employees are encouraged to aspire for promotion and are considered, as promotional opportunities arise.

## Americans with Disabilities Act (ADA)

Generac is committed to complying with the Americans with Disabilities Act (ADA) and all other relevant laws protecting the rights of individuals with disabilities. To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, Generac will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or an employee unless undue hardship would result.

As part of Generac's commitment to make reasonable accommodations, Generac will also participate in a timely, good faith, interactive process with the disabled applicant or employee to determine effective reasonable accommodations, if any, that can be made in response to a request for accommodations. Applicants and employees are also obligated to participate and cooperate with Generac during the interactive process to determine the scope and existence of any reasonable accommodations. Applicants and employees are encouraged to identify reasonable accommodations that can be made to assist them to perform the essential functions of the position they seek or occupy. Once a need for an accommodation arises, the applicant or employee should contact a manager as soon as possible to request the opportunity to participate in a timely interactive process. By working together in good faith, Generac hopes to implement any reasonable accommodations that are appropriate and would enable the employee or applicant to perform the essential functions of the position. Any otherwise qualified applicant or employee who requires an accommodation in order to perform the essential functions of the job should contact Human Resources to request such an accommodation. The individual with the disability should specify what accommodation he or she needs to perform the job. Generac then will conduct an investigation to identify the barriers that interfere with the equal opportunity of the applicant or employee to perform his or her job. If the accommodation is reasonable and will not impose an undue hardship, Generac will make the accommodation.

## Harassment, Discrimination and Retaliation Policy

By fostering and enriching a welcoming culture, our workplace is one that embraces individuality and diversity. As such, Generac is committed to providing a work environment free of unlawful harassment. In keeping with this commitment, Generac maintains a strict policy that prohibits unlawful discrimination based on race, color, creed, gender, religion, marital status, age, national origin, ancestry, disability, medical condition including genetic characteristics, pregnancy, military status, sexual orientation, or any other consideration characteristics protected under state and/or federal law.

This policy applies to all employees of Generac as well as to non-employees (agents, consultants, outside counsel, outside accountants, guests, customers, and vendors). It is the obligation and shared responsibility of all employees to adhere to a standard of conduct that is respectful to all persons within the work environment.

Unwelcome harassment and/or discrimination denigrates, demeans or shows hostility or aversion toward an employee because of race, color, sex, sexual orientation, gender, gender identity and expression, creed, religion, age, national origin, ancestry disability, marital status, pregnancy, veteran status, military status, citizenship status or any other attribute or characteristic protected by law and:

1) Has the purpose or effect of creating an intimidating, hostile, abusive or offensive working environment; or

2) Has the purpose or effect of unreasonably interfering with an individual's work performance; or

3) Otherwise adversely affects an individual's work performance.

Unwelcome harassment and/or discrimination comes in many forms – such as verbal physical, visual or written—and may include, but is not limited to, conduct such as:

- Unwelcome sexual advances;
- Offering employment benefits in exchange for sexual favors;
- Explicitly or implicitly conditioning any term or condition of employment upon participation in any sexual conduct;
- Making, threatening or engaging in any form of reprisal in connection with a rejection or negative response to any sexual advance;
- Verbal conduct such as making derogatory, degrading or suggestive jokes, pranks, slurs, comments, remarks or epithets based on an attribute or characteristic protected by law or playing music that is derogatory, degrading, or that contains suggestive jokes, slurs, comments, remarks or epithets based on an attribute or characteristic protected by law;
- Visual conduct such as leering, making sexual and/or inappropriate gestures, displaying or distributing sexually suggestive or derogatory cartoons, photographs, posters, calendars, computer screen savers, depictions, drawings, emails, instant messages, faxes or other writings or documents;
- Physical conduct such as touching, blocking or interfering in any way with another's movement or work, or any assault upon another;
- Engaging in intimidating, threatening or aggressive conduct based on an attribute or characteristic protected by law;
- Any conduct based on an attribute or characteristic protected by law that has the purpose or effect of interfering with another's work, or of creating a hostile or offensive work environment; or
- Retaliating against any employee who has or who has stated an intent to report conduct inconsistent with this policy. Retaliation can be, including but not limited to, verbal or physical threats for having reported or stating an intent to report conduct inconsistent with Generac's Harassment, Discrimination and Retaliation policy or participating in an investigation.

The above list is not all-inclusive, but is intended to illustrate the type of conduct that is inappropriate. Additionally, a violation of this policy may not necessarily violate applicable federal, state and/or local laws.

Please note that while this policy sets forth Generac's goals of promoting a workplace that is free of prohibited harassment, the policy is not designed or intended to limit our authority to discipline or take remedial action for workplace conduct which we deem unacceptable, regardless of whether that conduct satisfies the definition of prohibited harassment.

All employees of Generac have a responsibility to report any incident of harassment, discrimination, or retaliation they experience or observe, and all employees are strongly encouraged to make any such report, as explained further below.

Any employee who violates this policy will be subject to the full range of disciplinary action, up to and including termination of employment.

All questions regarding this policy should be directed to Human Resources or any member of management.

## Harassment, Discrimination and Retaliation Reporting

In order to nurture and maintain the collaborative and supportive working environment on which we pride ourselves, employees have an important responsibility in the effective implementation of Generac's policies against harassment, discrimination and retaliation. Any employee who believes he or she has been subjected to or witnessed harassment, discrimination or retaliation, should promptly report the incident, in confidence, to one of the following:

- His/Her Manager;
- His/Her Department Head;
- A Human Resources Manager; or
- Any other member of management.

These are the only designated individuals authorized by this reporting policy to receive and act upon a complaint. If the employee's manager is involved in the incident, the report should be made directly to either the Department Head or a Human Resources Manager.

If the employee's Department Head is involved in the incident, the report should be made directly to a Human Resources Manager. Any member of management who becomes aware of any complaint of harassment, discrimination or retaliation will immediately contact a Human Resources Manager.

Allegations of harassment shall be promptly investigated by a Human Resources Manager in conjunction with the Department Head of the employee involved (or in conjunction with another person appointed by Human Resources if the Department Head is involved in the incident) and Generac will take corrective action where appropriate.

All complaints will be treated confidentially to the extent practical for an effective resolution. No employee will suffer adverse employment consequences as a result of making a good faith complaint or taking part in the investigation of a complaint. Any employee found to have committed harassment, discrimination or retaliation will be subject to discipline, up to and including discharge.

## Retaliation Prohibited

We provide ourselves in our personal integrity and we feel that it almost goes without saying that retaliation is strictly prohibited. Employees who feel that they are experiencing harassment and/or discrimination must feel free to come forward with complaints. Likewise, Generac must be free to conduct a thorough investigation without interference.

Accordingly, Generac wants to make it clear that no one may retaliate or discriminate against a person for making a complaint of harassment/discrimination or for participating in the investigation. Retaliation can be, including but not limited to, verbal or physical threats for having reported or stating intent to report conduct inconsistent with Generac's Harassment, Discrimination and Retaliation policy or participating in an investigation.

Any employee who believes that he or she has been the subject of retaliation, or who has witnessed retaliation should promptly notify his or her manager, Human Resources or any other member of management as outlined above in the "Harassment, Discrimination and Retaliation Reporting" section.

# ABOUT YOUR NEW JOB

## Hours of Work

Generac office hours are Monday through Friday 8 a.m. to 5 p.m. Individual hours of work may vary depending on your position, location, department or shift. Please see your manager or facility-specific addendum for more details. From time to time, the working schedule may vary to meet schedules.

## Overtime

Like the demand for our product, the demand for your services may increase from time to time. If you are asked to work overtime, it is your obligation to do so. Every effort will be made to give advance notice of required overtime. Employees will be required to work any overtime hours for which they are scheduled. Excessive overtime absences could result in disciplinary action. It is the policy of Generac Power Systems to comply with federal and state legislation covering wage and hour practices. The Fair Labor Standards Act ("FLSA") regulates overtime requirements including what positions are required to be paid overtime and at what rate. All overtime for hourly and non-exempt employees must be authorized in advance by a manager. If you work overtime without receiving prior authorization from a manager, you will be paid for that time. However, you will be disciplined for violating this policy. Working overtime without prior approval or working any time, including overtime, without recording your time (working "off the clock") is strictly prohibited and will result in disciplinary action, up to and including termination. Overtime policies are available on Powernet or posted at the applicable bulletin board at each facility.

## Payroll

Employees are paid by direct deposit only every other Friday for work performed during the preceding work week(s). To access your paystub or W2, go to www.atsprintfreedom.com. If you have any questions, please contact the Payroll Department.

## Errors in Pay

Errors in pay should be reported to your manager and the Payroll Department. Corrections shall be made on the following pay period after Payroll is notified.

## Payroll Deductions, Assignment and Garnishment of Wages

Several deductions are made from your pay checks. Those deductions required by law are Social Security and State and Federal Withholding (income) taxes. Unless otherwise required by law – such as a court order - the only other deductions will be those that you authorize to be deducted from your pay. All deductions will be shown on your check stub. We urge you to meet your financial obligations promptly to avoid any complaints, garnishments, or attachments of wages which would make it legally necessary for the company to become a part of any action that may be taken to collect accounts of any of its employees. Please contact the Payroll Department with any questions. In the event there is an error in deductions, the correction will be processed as soon as administratively possible. Corrections may result in an addition or deduction of an employee's payroll.

## Jury Duty

We believe that our employees should meet his/her civic responsibilities and urge you to serve on jury duty when summoned. When an employee is required to be absent because of jury duty they shall be compensated by the company for the difference between jury pay and eight hours times the employee's classified rate for each day the employee is paid the jury pay. Evidence of jury pay must be presented. If the employee is released from jury service duty in the first half of his regular shift, he or she shall be required to report for work for the balance of his or her shift on that day.

## Bereavement Pay

You can never be adequately compensated for the loss of a family member through death. However, should such a tragedy occur, it is our intent to protect you from loss of earnings due to making necessary funeral arrangements and attending the funeral. You will be paid a maximum of thirty-two (32) hours or 4 days of straight time for your absence for this purpose for the following immediate family members only: employee's spouse, child & parents and only if held within 30 days of the death of the family member. Verifiable proof will be required. Employees shall be entitled to bereavement pay not to exceed sixteen (16) hours of straight time or 2 days for the employees immediate family which shall include the employee's parents-in-law, brother, sister, brother-in-law, sister-in-law, grandparents, grandchildren, step parents, step children, spouses grandparents and relatives living in the same household and only if held within 30 days of the death of the family member. Verifiable proof will be required. We intend to exercise the greatest degree of understanding in such difficult times. We hope that employees will not abuse the provisions of this policy.

## Company Property

No employee shall take from the facility any material or equipment belonging to Generac except with permission from authorized company representatives including managers and Human Resources. Personal tool boxes and carryalls (i.e.: purses, bags, boxes, etc.) may be subject to inspection. Any employees found to have violated this section will be disciplined up to and including termination.

## Attendance

Regular attendance is an essential function of the job you hold at Generac and is expected for all employees as a part of acceptable performance on the job. Guidelines have been established to ensure regular attendance and to control excessive absenteeism. See your Manager for the guidelines for hourly employees. Any Generac employee who is absent for three (3) consecutive scheduled workdays without proper notice shall be considered to have voluntarily terminated his/her employment and will be removed from the active employment roster.

## Leaves of Absence

Generac makes every effort to accommodate medical and family leaves of absence. Employees should notify Human Resources as soon as you are aware you will need time off the job. In the event a leave is approved, it is your responsibility to keep your employer informed of any changes and to advise the company in a timely manner if an extension is needed. Failure to return from an approved leave of any kind will result in termination. Any employee granted a leave of absence is not guaranteed that he or she will be reassigned to their former job, unless otherwise required by law. If a leave of absence occurs over any holiday, no holiday pay will be issued. Any leave may affect discretionary bonus eligibility. Please see Payroll for details.

### Medical Leave

The employee must obtain a doctor's certification indicating the need to be placed on medical leave. Further instructions are indicated on the leave of absence form. Upon returning from medical leave, a statement from your doctor as to your ability to work is required. Medical leaves may be granted for a minimum of three (3) days.

## Family and Medical Leave – Federal

Generac will grant family and medical leave in accordance with the requirements of applicable state and federal laws in effect at the time the leave is granted. No greater or lesser leave benefits will be granted than those set forth in such state or federal laws. In certain situations, the federal law requires that provisions of state law apply. In any case, employees will be eligible for the most generous benefits available under applicable law.

## Employee Eligibility

To be eligible for FMLA Leave benefits, you must: (1) have worked for Generac for at least twelve (12) months; (2) worked at least 1,250 hours during the 12-month period preceding the start of the leave; and (3) be employed at a worksite where 50 or more employees are employed by Generac within 75 miles.

Types and Duration of FMLA Leave

• Bonding Leave; Serious Health Condition Leave; Leave to care for a family member with a serious health condition; Active Duty Leave

You are eligible for up to a total of twelve (12) workweeks of unpaid leave during any calendar twelve (12) month period for one or more of the following reasons:

a. Because of the birth of your child and in order to care for such child (within 12 months after the birth of the child);

b. Because of the placement of a child with you for adoption or foster care (within 12 months of the placement of the child);

c. In order to care for an immediate family member (spouse, child under 18 years old or a child 18 years old or older who is incapable of self-care because of a disability, or parent) with a "serious health condition;"

d. Because of a "serious health condition," as defined by federal or state law, that makes you unable to perform the functions of your job; or

e. Because of any "qualifying exigency" (as defined under the Family Medical Leave Act) arising out of the fact that an employee's spouse, son (of any age), daughter (of any age) or parent, who is serving in any branch of the military (including the National Guard or Reserves), has been deployed or called to active duty in a foreign country ("Active Duty Leave).

Generac reserves the right to deny requests for FMLA Leave where such a denial would be appropriate and authorized under federal law and any applicable state law.

• Military Caregiver Leave

An employee also may be eligible for Military Caregiver Leave to care for a spouse, son (of any age), daughter (of any age), parent or next of kin who is: 1) a current member of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, which is incurred in the line of duty (or for a pre-existing injury or illness which is aggravated in the line of duty) and that renders the service member medically unfit to perform the duties of his or her office, grade, rank or rating, or 2) a veteran who was a member of any branch of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, for a serious injury or illness that occurred in the line of duty (or for a pre-existing injury or illness which was aggravated in the line of duty) at any time within 5 years preceding the treatment, recuperation or therapy. A covered service member incurs a serious illness or injury for purposes of this paragraph when one of the following occurs:

a. The injury or illness makes him or her medically unfit to perform the duties of his or her office, grade, rank or rating.

b. It causes the service member to have a VA Service Disability Rating is at 50% or greater.

c. It is a mental or physical condition substantially impairs their ability to obtain gainful employment

d. The VA enrolls the employee in the Department of Veteran Affairs Program of Comprehensive Assistance for Family Caregivers.

Eligible employees are entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible employee takes Military Caregiver Leave (as long as it is within 5 years of the covered service member's active duty) and ends 12 months after that date. Military Caregiver Leave applies on a per-covered service member, per-injury basis, so that an employee may be eligible to take more than one 26 week period of Military Caregiver Leave, but no more than 26 weeks of leave may be taken during any one 12-month period.

An eligible employee is entitled to a combined total of 26 workweeks of leave for all FMLA qualifying reasons during the single 12-month period described above. For example, if an employee takes 10 weeks of FMLA leave due to his/her own serious health condition, the employee may take only 16 weeks of Military Caregiver Leave during that same 12 month period.

## Definitions

- A "serious health condition" as referred to above means an illness, injury, impairment, or physical or mental condition that involves:

1. In-patient care (i.e., an overnight stay) in a hospital or other medical care facility (including any period of incapacity or any subsequent treatment in connection with such in-patient care);

2. A period of incapacity of more than three (3) consecutive full calendar days, and any subsequent treatment or period of incapacity relating to the same condition that also involves (i) treatment two (2) or more times by a health care provider or under the supervision of a health care provider within 30 days of the start of the incapacity, or (ii) treatment by a health care provider on at least one (1) occasion within seven (7) days of the start of the incapacity which results in a regimen of continuing treatment under the supervision of a health care provider;

3. Any period of incapacity or treatment due to pregnancy, or for prenatal care;

4. Any period of incapacity or treatment due to a chronic serious health condition requiring periodic visits of at least twice a year for treatment by a health care provider;

5. A period of incapacity or treatment which is permanent or long-term due to a condition for which treatment may not be effective, during which the employee (or family member) must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider; or

6. Any period of absence to receive multiple treatments by a health care provider or under the supervision of a health care provider, either for restorative surgery after an accident or other injury, or for a condition that will likely result in a period of incapacity of more than three (3) consecutive calendar days in the absence of medical intervention or treatment.

- A "qualifying exigency" referenced above under "Active Duty Leave" refers to the following circumstances:

1. Short-notice deployment: to address issues arising when the notification of a call or order to active duty is seven (7) days or less;

2. Military events and related activities: to attend official military events or family assistance programs or briefings;

3. Childcare and school activities: for qualifying childcare and school related reasons for a child, legal ward or stepchild of a covered military member;

4. Care of the covered military member's parent if the parent is incapable of self care;

5. Financial and legal arrangements: to make or update financial or legal affairs to address the absence of a covered military member;

6. Counseling: to attend counseling provided by someone other than a health care provider for oneself, for the covered military member, or child, legal ward, or stepchild of the covered military member;

7. Rest and recuperation: to spend up to fifteen (15) calendar days for each period in which a covered military member is on a short-term rest leave during a period of deployment; or

8. Post-deployment activities: to attend official ceremonies or programs sponsored by the military for up to 90 days after a covered military member's active duty terminates or to address issues arising from the death of a covered military member while on active duty.

## Spouses Employed by Generac

If both a husband and wife are employed by Generac and are eligible for leave under this policy, they are eligible for a combined total of 12 weeks of leave within the applicable 12-month period when the leave is due to the birth or placement of a child or to care for a parent who has a serious health condition, or a combined total of 26 weeks within the applicable 12-month period when the leave is due to the birth or placement of a child or to care for a parent who has a serious health condition or for Military Caregiver Leave. (However, in no event shall the husband and wife take more than a combined total of 12 weeks of leave within the applicable 12-month period for the birth or placement of a child or to care for a parent who has a serious health condition).

## Notice

Eligible employees are required to provide:

- When the need for the leave is foreseeable, 30 days advance notice or such notice as is both possible and practical if the leave must begin in less than 30 days (normally this should be the same day the employee becomes aware of the need for leave or the next business day);
- When the need for leave is not foreseeable, notice within the time prescribed by Generac's normal absence reporting policy, unless unusual circumstances prevent compliance, in which case notice is required as soon as is otherwise possible and practical;
- When the leave relates to medical issues, a completed Certification of Health-Care Provider form within 15 calendar days following the request for certification;
- When the leave relates to Active Duty Leave, a completed Certification of Qualifying Exigency for Military Family Leave form, as well as appropriate documentation, including the covered military member's active duty orders;
- When the leave relates to Military Caregiver Leave, a Certification for Serious Injury or Illness of Covered Service member form or Certification for Serious Injury or Illness of a Veteran for Military Caregiver Leave form, as well as any necessary supporting documentation;
- Periodic recertification (upon request); and
- Periodic reports during the leave.

You must respond to our questions relative to your leave request so that we can determine if the leave qualifies for FMLA protection; failure to do so may result in loss or delay of FMLA protections. If you are seeking leave due to an FMLA-qualifying reason for which Generac has previously granted you FMLA-protected leave, you must specifically reference the qualifying reason or need for FMLA leave at the time of your request to be away from work. It is not sufficient to simply "call in sick" without providing additional information which would reasonably cause Generac to believe your absence/time away from work may qualify as an FMLA qualifying event. In all cases in which you are seeking leave under this policy, you shall provide such notice to Generac consistent with Generac's established call-in procedures so long as no unusual circumstances prevent you from doing so. Failure to comply with the call-in procedures may result in a delay or denial of FMLA protected leave.

You must make an effort to schedule a leave so as not to disrupt business operations. During the leave, you may be required to report periodically on your status and your intention to return to work. Any extension of time for your leave of absence must be requested in writing prior to your scheduled date of return to work, together with written documentation to support the extension. Your failure to either return to work on the scheduled date of return or to apply in writing for an extension prior to that date will be considered to be a resignation of employment effective as of the last date of the approved leave. Employees on leaves for their own serious health condition must provide fitness-for-duty releases from their health care provider before they will be permitted to return to work. Your maximum time on a leave of absence, all types combined, and including all extensions, cannot exceed a total of twelve (12) weeks in a calendar twelve month period, unless you are a spouse, child, parent, or next of kin on leave to care for a Covered Service member, in which case your leave can last for up to twenty-six (26) workweeks in a calendar twelve (12) month period.

A leave of absence will not affect the continuity of your employment. Your original date of employment remains the same for seniority purposes. However, you will not accrue any benefits during the period you are on a leave. If you give written notice of intent not to return to work, or fail to return to work at the end of your approved leave, you will be considered to have voluntarily resigned from your position.

An employee requesting leave for a serious health condition must provide a completed FMLA Certification of Health Care Provider Form supporting the need for the leave. A request for reasonable documentation of family relationship verifying the legitimacy of a request for FMLA Leave may also be required.

You will have fifteen (15) days in which to return a completed Certification form following Generac's request for the certification. If you fail to provide timely certification after being required to do so, covered leave may be delayed moving forward until the certification form is finally submitted. Absences counted against you for a late certification will not be reversed absent exceptional circumstances. If you never return the completed form, the FMLA will be denied and the absences will be unprotected. If the Certification form is incomplete or insufficient, you will be given written notification of the information needed and will be given a period of seven (7) days to provide the necessary information.

You will be required to submit a new medical certification form for each leave year for a medical condition(s) that last longer than one year. Additionally, you are required to submit a recertification of an ongoing condition every six (6) months in connection with an absence where the duration of the condition is described as "lifetime" or "unknown."

At its discretion, Generac may require a second medical opinion and periodic recertification to support the continuation of a leave. If the 1st and 2nd opinions differ, a 3rd opinion can be obtained from a health care provider jointly approved by both you and Generac (unless you accept the second opinion as determinative). The opinion of the 3rd health care provider will be the final and binding decision.

A request for Active Duty Leave must be supported by the Certification of Qualifying Exigency for Military Family Leave form as well as appropriate documentation, including the covered military member's active duty orders.

A request for Military Caregiver Leave must be supported by the Certification for Serious Injury or Illness of Covered Service member form or Certification for Serious Injury or Illness of a Veteran for Military Caregiver Leave form as well as any necessary supporting documentation.

Once Generac has received a complete and sufficient certification form from the employee, Generac will advise the employee whether he or she has been approved or denied FMLA and, if possible, will advise how much FMLA will be used.

## Intermittent Leave

If certified as medically necessary for the serious health condition of either you or your spouse, child or parent, Military Care Giver Leave and Active Duty Leave may be taken on an intermittent or reduced leave schedule. Otherwise, such leave is not permitted except at the sole discretion of Generac. If leave is requested on an intermittent basis, however, Generac may require that you transfer temporarily to an alternative position which better accommodates recurring periods of absence or to a part-time schedule, provided that the position offers equivalent pay and benefits.

Employees taking unforeseeable intermittent leaves must follow Generac's standard call-in procedures absent unusual circumstances.

## Employee Benefits During Family and Medical Leave of Absence

You will be permitted to maintain health and dental insurance coverage for the duration of the leave under the same conditions coverage would have been provided if you had remained actively at work. However, you must make arrangements for the continuation of and payment of insurance premiums before you go on leave status. If you do not return to work after the leave, or if you fail to pay your portion of the premiums, you will be required, under certain circumstances, to reimburse Generac for the costs and expenses associated with insuring you during the leave. Failure to make premium payments may result in termination of benefits.

## Return From a Family and Medical Leave

If you return from your leave on or before being absent for twelve (12) workweeks in calendar twelve (12) month period or twenty-six (26) workweeks if you took a leave under Military Caregiver Leave provision, you will be restored to the same or to an equivalent position to the one you held when the leave started. Of course, you have no greater right to reinstatement or to other benefits and conditions of employment than if you had been continuously employed during the FMLA leave period. In determining whether a position is "equivalent" we would look at whether the position had substantially similar terms and conditions of employment and whether the position entails similar duties, skills, efforts, responsibilities, authority, privileges and status.

If the leave was due to your own serious health condition, you will be required to submit a fitness-for-duty certification from your health care provider in accordance with our normal policies and practices applicable to other leaves of absence, certifying that you are able to resume work and perform the essential functions of the job, either with or without a reasonable accommodation. A list of the essential job functions will be made available to you for compliance with this requirement. If a reasonable job safety concern exists, you also may be required to provide a fitness for duty certification up to once every 30 days before returning from an intermittent or reduced schedule FMLA leave related to your own serious health condition. Generally, a returning employee will be permitted to return to work within two (2) business days of Generac's receipt of a valid fitness for duty release.

If you fail to return to work at the expiration of your approved Family and Medical Leave, it will be considered to be a resignation of your employment with us. Likewise, an employee on FMLA leave who provides notice of their intent not to return to work upon expiration of a leave will lose their entitlement to FMLA leave and related benefits.

Key Employees - Certain highly compensated key employees may be denied reinstatement when necessary to prevent "substantial and grievous economic injury" to Generac's operations. A "key" employee is a salaried Employee who is among the highest paid 10% of Employees at that location, or any location within a 75-mile radius. Employees will be notified of their status as a key employee, when applicable, after they request a Family and Medical Leave.

## Paid Benefits and Coordination with Other Policies

If you are taking leave under Federal FMLA, you must substitute any accrued paid time off (if you otherwise qualify) for unpaid leave under this policy, and any such paid time off must be taken concurrently with your Family and Medical Leave. If you otherwise qualify for Generac's disability pay, you will receive those benefits at the same time you are on unpaid Family and Medical Leave.

Further, if you otherwise qualify for any other type of leave of absence, you must take that leave at the same time as you are taking your Family and Medical Leave. To receive any type of paid time off benefit while on FMLA leave, you are required to meet Generac's conditions for taking the paid leave.

No employee who is on any short-term or long-term disability leave shall engage in any other work. Employees who have existing regular or part-time positions in addition to working for Generac are not precluded from working their normal hours for that other job except when they are on short-term or long-term disability leave from Generac due to their own medical condition. Failure to comply with this provision may result in discipline, up to and including termination. An employee shall not be granted a leave of absence for the purpose of seeking or taking employment elsewhere or operating a private business. Unauthorized work while on a leave of absence will result in disciplinary action, up to and including discharge.

## Anti-Retaliation Provision

Be assured that no retaliation will be taken or tolerated against any employee who exercises his/her rights under our FMLA policy. If you feel that you have been the victim of any discrimination or retaliation under this Policy, you are encouraged to contact Human Resources so that the matter can be promptly investigated and remedied as appropriate.

## Wisconsin Family Medical Leave

To qualify for WFMLA leave (only for eligible employees based in Wisconsin facilities), you must have done the following:

1. Have been employed at Generac for at least 52 consecutive weeks in the preceding 12 calendar months..

2. Worked at least 1,000 hours in the preceding 52 week period.

Eligible employees are entitled to:

1. Up to six weeks in a calendar for the birth or adoption of a child, to begin within 16 weeks of the birth or placement of that child (no more than one 6-week period per child).

2. Up to two weeks in a calendar year to care for a child, spouse, domestic partner, or parent (including parents of your spouse or domestic partner) with a serious health condition.

3. Up to two weeks in a calendar year for your own serious health condition.

FMLA and WFMLA leave shall run concurrently. FMLA or WFMLA leave shall also run concurrently with any worker's compensation leave (if applicable). Unless otherwise required or allowed by law, requests for WFMLA leave shall follow the FMLA procedures detailed above.

## Personal Leave

In general personal leaves are not allowed however a leave of absence may be considered for extenuating circumstances. You should discuss your situation with your manager and then immediately notify Human Resources.

## Military Family Leave

Eligible employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of contingency operation may use their 12 weeks of Family Medical Leave to address certain qualifying exigencies. For further information please contact your Human Resource Department.

## Military Leave

Generac will grant military leaves of absence and reinstatement rights to eligible employees consistent with federal and state law. Eligible employees are those who serve in the uniformed services. The difference between your regular pay and military pay will be made while serving in military organizations. A copy of the orders and a receipt of payment to the employee by the government must be submitted to Human Resources. For further information on your rights and benefit provisions during military duty, please contact Human Resources. The preceding guidelines for FMLA and Military Family Leave are merely a summary. Generac's Family and Medical Leave Policy shall govern any and all leaves subject to the Policy. Please contact Human Resources for a copy of the Policy or for any related inquiries.

## Holidays

Generac recognizes and pays its employees for these holidays, plus one additional holiday scheduled at the company's discretion:

| | |
|---|---|
| New Years Day | Thanksgiving Day |
| Good Friday | Day after Thanksgiving |
| Memorial Day | Christmas Eve Day |
| Independence Day | Christmas Day |
| Labor Day | |

When a paid holiday falls on a Saturday or Sunday, it will generally be observed on the preceding Friday or the following Monday. Check with your Human Resources department for holiday pay eligibility. The requirement for receiving holiday pay for non-exempt employees is that you must be on Generac's payroll for a period of at least six (6) weeks (thirty working days), and work the full, regularly-scheduled work day before and after the holiday, including any overtime. Holiday pay is calculated for hourly employees by multiplying eight hours time the individual employee's hourly rate for the week in which the holiday occurs.

## Benefits Programs

Generac is proud to offer a competitive, comprehensive benefits program coupled with tools and resources to help you use your benefits wisely. Details regarding your benefit options are covered in benefit orientation materials and found on Generac's intranet site. The following benefits are offered:

• Medical/Prescription Plans

• Healthy Living Wellness Initiatives

• Dental

• Vision

• Disability Income

- Basic Life and Accidental Death & Dismemberment
- Optional Life
- Voluntary Accident
- Health Care and Dependent Care Flexible Spending Plan(s)
- 401k Savings Plan and Employer Match
- Business Travel Accident Insurance
- Business Travel Life Insurance
- Employee Assistance Plan
- Employee Stock Purchase Plan (GNRC)
- Tuition Reimbursement
- Holidays
- Vacation
- Bereavement Pay
- Jury Duty Pay
- Workers Compensation Coverage
- Employee Discount Programs
- Generac Product – Employee Purchase Discounts

## Vacation with Pay----Office

Employees shall receive paid vacation in accordance with the general guidelines as detailed in the applicable benefits summary. Employees are expected to pay back any unearned but taken vacation time. Likewise, if your employment is terminated for any reason, Generac will pay any earned but not taken vacation at the time of separation.

## Educational Assistance Eligibility

Generac encourages employees to continue their education. Only full time Generac employees are eligible for education reimbursement. Employees must have completed 1 year of employment and be in good standing with the company and not involved in our performance improvement plan or other performance counseling. All courses must be pre-approved by the head of your department and Human Resources to be eligible for reimbursement. Please contact Human Resources for details about the Educational Assistance Program.

## Unemployment Compensation

Unemployment compensation is designed to provide you with a temporary income when you are out of work through no fault of your own. The Division of Unemployment Insurance of the State Department of Workforce Development determines your eligibility for Unemployment Compensation. You may contact Unemployment Compensation at 1 (800) 822-5246 or apply on-line at www.unemployment.wisconsin.gov.

## Worker's Compensation

Generac provides for Worker's Compensation coverage which provides financial assistance to an injured employee whose normal earnings are temporarily or permanently lost or reduced as a result of a disabling injury on the job. This benefit provides for the payment of a percentage of the employee's normal weekly earnings, a lump sum payment for permanent disability, and/or payment of medical or hospital attention. The company will investigate every worker's compensation claim. Fraudulent claims are grounds for termination. All approved medical expenses will be paid regardless of the number of days the employee is disabled. All injuries during the course of your employment are to be reported to your manager. The company will require an accident report completed by you within 24 hours of the injury or illness. This report must be on file in Human Resources in order to protect your right to medical and/or disability benefits.

## Employment Records

It is extremely important to both you and Human Resources that records and personal data be completely accurate and up-to-date. We ask that you advise Human Resources immediately of any changes, including marital status, name changes, number of dependents, address, telephone number, etc. It is your responsibility to keep the company informed of any changes in order to ensure that your employment records, Social Security account, insurance, and income tax records are correct. It is also important for the company to be able to contact you or a current emergency contact when necessary. Employment records are available to employees upon proper notification and in accordance with Wisconsin Statute Section 103.13. Employees shall be charged a reasonable fee for copies of their employment records. Benefits requires timely notification of marital or dependent changes. Failure to notify may result in no benefit coverage.

## Security Policy

- In an effort to increase security for our facilities and personnel, no visitors (non-Generac employees) will be allowed to enter our facilities without registering with the front desk receptionist in the main lobby.
- Each visitor is required to enter through the main lobby and sign-in at the front desk. They will receive a VISITOR badge which will be required to be worn while they are in the facility. This is to include all visitors; vendors, suppliers, customers, family and friends, including all industrial maintenance vendors.
- Each VISITOR badge is numbered and must be returned to the front desk before the visitor leaves the building.
- Visitors must be accompanied by a Generac employee at all times.
- This does not apply to freight carriers, however, these carriers are required to stay in the shipping or receiving dock areas only.
- A number of areas are for authorized employees only. No visitors should ever be unescorted.

## Foreign Trade Zone (FTZ)

The purpose of the FTZ policy is to provide a restricted access site to assemble, store, test and manufacture our product at the applicable FTZ facilities. Your badge is required to enter the building and must be worn at all times visible above your waist. If you do not follow the badge policy, you may be subject to Generac's disciplinary process. In the event your badge has been lost, contact your manager and/or Human Resources immediately for a replacement.

## Dress Code

Generac has a business casual dress code. Under the policy, employees are expected to wear what is appropriate, per our guidelines, to reflect an environment of professionalism and respect. Detailed guidelines are available from Human Resources or online. Good judgment should always be applied in consideration of customer visits and other interactions with outside guests. Local management may specify the requirement for formal business dress for specific events, and will enforce the parameters for what is appropriate for dress, per the guidelines, within their department. All departments and employees must maintain these guidelines and do not have authority to dress down without prior permission from Human Resources. In all cases, our goal is to foster a productive work environment characterized by excellence, innovation and teamwork. The way we dress should reflect this goal and enable us to reflect our high standards and to present a professional and consistent image. Exceptions to the policy must be approved by Human Resources and include but are not limited to manufacturing, distribution and lab.

## Drug and Alcohol Policy

Generac is a drug-free workplace at all locations and, as such, is committed to the health, safety and productivity of all employees. Generac recognizes that alcohol and drug abuse adversely affect productivity, efficiency, job performance and workplace safety. Desiring to promote a safe and efficient workplace, Generac has adopted a drug-free workplace alcohol and drug abuse policy and drug and alcohol testing program, a copy of which can be viewed on Powernet or posted at applicable facility bulletin boards.

## Tobacco-free

Generac is a smoke and tobacco-free building, including electronic cigarettes. Designated smoking areas are located outside the building and are to be used only during lunch periods.

### Parking Lot

Courtesy and common sense in parking will help eliminate accidents, personal injuries, damage to your vehicle and to the vehicles of other employees. A speed limit of 15 m.p.h. must be observed upon entering and exiting the plant grounds. Park in the designated areas only and abide the reserved parking areas. Spinning of tires and excess speed are all safety hazards and may necessitate disciplinary action. Generac is not responsible for any loss, theft or damage to your vehicle or any of its contents. Your cooperation in this matter is expected. Visitor parking is reserved for visitors only. Any employee who fails to observe these guidelines could be subject to discipline, including issuance of parking tickets or towing by local authorities.

## Bulletin Boards and Communication Screens

Bulletin boards are conveniently located in the plant and in the office. No notices, bulletins, or other material shall be posted anywhere in the building or removed unless first being authorized by Human Resources. Communication Screens are displayed in each facility. The screens are to provide consistent communication to employees. We hope you will find this tool helpful in learning about important information and company happenings including: announcements, upcoming events, safety tips, operations updates and more.

## No Solicitation

We do not permit solicitation or posting of notices asking for participation in or contributions for any purpose or organization at any time on its property during working hours, except with permission from Human Resources. The company does not permit peddling of any kind (i.e. offering for sale articles or services of any kind including such items as food, candy, soft drinks, magazine subscriptions, insurance, etc.) at any time on its property, either by outsiders or employees. This rule does not apply to exceptions authorized in writing by management (i.e. United Way).

## Lost and Found

If you find any lost or misplaced personal property, it should be turned in to Human Resources immediately so it can be returned to its rightful owner.

## Disciplinary Policy

We are confident that our employees will conduct themselves in a professional, business-like manner. For the protection of its property, business interests and other employees, Generac has established internal guidelines for occurrences, absenteeism and other disciplinary issues. These guidelines cannot address every situation that might arise and do not limit Generac's right to impose discipline for other conduct not covered by these guidelines. Depending upon the nature of the violation and the surrounding circumstances including, but not limited to, the employee's past work record and past conduct, appropriate discipline (up to and including termination) will be administered. Discipline is not guaranteed to be progressive, but will reflect the overall conduct and performance of the individual. Any such guidelines do not form a contract between you and Generac as your employment is at-will.

## Effect of Termination of Employment

Upon termination of your employment, you are required to return all company-supplied equipment in your possession. Your manager will examine your tool box, desk or other effects to identify company-issued tools and supplies, including without limitation, company credit cards, computers, cell phones and badges. Any indebtedness to Generac (such as outstanding tuition reimbursement, tool balance or uniforms) will be deducted from your final pay check or will be collected after separation.

# APPLICABLE TO MANUFACTURING EMPLOYEES ONLY

## Probationary Period

The twelve (12) weeks is a probationary period. During this period, we will be observing you to determine your aptitude for work, how conscientiously you carry out the work assigned to you, your cooperation, your attitude toward your co-workers, and your record for punctuality and attendance. Generac expects you to have perfect attendance and no disciplinary issues during your probationary period. Reasonable effort will be made to help you succeed in your new job assignments. If, however, for any reason it is no longer beneficial for you or Generac to continue this relationship, employment will be promptly terminated.

Your length of continuous service is recognized as an important asset. Some benefits made available for you after different periods of service include vacation, life, disability, medical and dental insurance, pay increases, flexible spending accounts and 401K.

## Advancement Opportunity

It is our policy to promote from within our organization those who demonstrate outstanding ability and loyalty. A notice for a job vacancy will be posted at all bulletin board locations. If you wish to be considered for another position, please discuss this with Human Resources. You will be asked to complete a form which we will keep on file for a full calendar year. As jobs become available, and if you are qualified for the position, you will be interviewed. However, you should understand that there are many qualities we evaluate before making a final selection.

## Vacation with Pay

All Generac employees who work a minimum of 1600 hours within a calendar year and are classified as full-time employees are eligible for paid vacation.  You will accrue vacation time at a rate of hours per week based on years of service. Your anniversary date will be used to determine earned vacation time. Earned vacation must be taken within one year of your anniversary date. Vacation will not be carried over. Employees will be eligible on their anniversary date for one (1) week paid vacation after one year, two(2) weeks paid vacation after two years, three (3) weeks paid vacation after five years, four (4) weeks paid vacation after ten years, five (5) weeks paid vacation after twenty-five years and six (6) weeks paid vacation after thirty years.

Employees with 120 hours or more of earned vacation may schedule 40 hours of vacation in 4 hour increments in the 1st or 2nd half of their normal shift excluding overtime. For hours worked in the prior calendar year in excess of 1000 but less than 40 weeks, a prorated amount of vacation pay will be paid. No vacation pay will be earned where less than 1000 hours are worked in a calendar year. Employees who leave the company, regardless of the reason, will be entitled to a payout of accrued but unused vacation.

## Care of Machines, Equipment and Housekeeping

Employees shall keep their place of work, machinery and other company property they use in a clean and orderly condition. There is a five (5) minute cleanup period during each day for all employees for the purpose of accomplishing this objective. All employees are expected to use this allocated period for this specific purpose. If we all do our part, we can be confident that the impression made upon other employees from other departments, customers, and other visitors will be a pleasant one and a credit to each employee. All equipment must be properly maintained, and it is the responsibility of the operator to notify the manager when the equipment he/she is operating is not functioning properly. It is to the operator's advantage to keep the equipment in top operating condition. Willful carelessness which results in damaged equipment or materials can be cause for immediate dismissal. It is our policy to create and maintain working conditions which will make our plant a good place in which to work. We ask your help in maintaining clean wash rooms and drinking fountains.

## Lunch Period/Rest Periods

A bell sounds when your rest and lunch periods begin and end. In addition, a warning bell rings two (2) minutes before the end of each period so that you are at your station when the period is over. When leaving the company premises for lunch, you must punch out and punch in upon your return, unless your facility is a closed campus.

## Clean-up Period

5-minute cleanup period is provided at the end of your work day, during which time you are expected to clean up and organize your work area. You are to remain in your department until the final bell sounds.

## Telephone Calls

Only telephone messages of an emergency nature will be forwarded immediately. Please do not have people calling you on routine matters during working hours as it interrupts our business. Cell phone use, including text messaging, is not permitted unless used during your rest or lunch period. Cell phones must remain turned off during working hours. Talk to your manager if you have special needs.

You are responsible for making sure that the correct times are collected for the purpose of paying you accurately. If you have any problems, including a restriction or missed entry, please notify your manager immediately. If you leave the premises for any reason, your card must show the time you leave and the time you return. When starting bells ring, you are to be at your station ready to work.

## Personal Dress and Cleanliness

Suitable dress is required of all employees. From a safety standpoint, it is desirable that slacks be worn by employees. While shorts may be permitted in most manufacturing areas in the plant, good judgment is expected to be exercised, both by the employee and by the manager in permitting this type of apparel on extremely warm days. Employees not conforming to normally accepted standards of good taste will be asked to return home and change into suitable work clothes. All employees with longer-than-shoulder-length hair must have their hair confined to the back. Steel toed footwear that is compliant with ANSI and OSHA standards is required for all employees whose work normally is performed in the manufacturing area. Generac reserves the right to limit styles of shoes to be selected. Generac will contribute a set amount to the purchase of OSHA-approved safety shoes upon presentation of a paid receipt and the new shoes. Good personal hygiene is the expected standard of all employees. You represent Generac and we expect a positive image.

## Layoff and Recall

While every effort is made to avoid a layoff, occasionally it does occur. During such periods, work will be spread as evenly as possible. If a layoff becomes necessary, it will be made on the basis of seniority and/or the company's ability to best meet production standards. Recall will be handled in the same manner. An employee on layoff will retain rights based on length of service. Prior service will be bridged if the employee returns to work after layoff within five (5) years and after completing five (5) years of additional service.

## Disciplinary Policy

We are confident that our employees will conduct themselves in a professional, business-like manner. For the protection of its property, business interests and other employees, Generac has established guidelines for occurrences, absenteeism and other disciplinary issues. These guidelines cannot address every situation that might arise and do not limit Generac's right to impose discipline for other conduct not covered by these guidelines, nor do they limit Generac's right to impose discipline above and beyond the guidelines below. Depending upon the nature of the violation and the surrounding circumstances including, but not limited to, the employee's past work record and past conduct, appropriate discipline (up to and including termination) will be administered. Discipline is not guaranteed to be progressive, but will reflect the overall conduct and performance of the individual. These guidelines do not form a contract between you and Generac as your employment is at-will. The following are examples of behaviors subject to certain disciplinary actions:

## Occurrence Policy

It is your responsibility to understand and acknowledge the status of your attendance record at all times. If you have questions, your manager will review your attendance record and any discrepancies will be confirmed through payroll. Employees become subject to the disciplinary process when, during a rolling twelve (12) month period of time, they have twelve (12) occurrences of absence or tardiness. Each additional half or full occurrence or re-accumulation of (12) occurrences in a rolling twelve (12) month period will escalate a step in the discipline process (not applicable to Oshkosh).

## Discipline Process

Any combination of twelve (12) occurrences within a twelve-month period will be subject to a C-5 violation under Plant Rules and Regulations as written in this handbook. Each additional occurrence will result in a C-5 violation until there are less than twelve (12) occurrences in a twelve-month period.

Absences and tardies excluded from the occurrence calculation:

- Inclement weather conditions resulting in a majority of employees being tardy.
- A death in the family covered by our Bereavement Policy.
- Scheduled and approved vacation time.
- Time away from work due to an approved Leave of Absence or reasonable accommodation.

Occurrences will be calculated as follows:

- One (1) occurrence per full day of absence

- One half (½) occurrence per day of partial absence including tardiness and/or leaving early

Additional Information:

- Multiple or consecutive days of absence may be considered 1 occurrence based on Human Resource discretion, provided that proper documentation is presented by the employee within 48 hours business days of the absence.

Progressive Disciplinary Policy. When a warning is issued for a violation of a plant rule, it will be documented and kept in your employee file. Employee warning notices will be dropped from the employee's record twelve (12) months from the date of each violation. Action in any individual case may not be assumed to establish a precedent in other and different instances. This list is not intended to cover every situation since no policy can foresee the contingencies of the future. Our progressive disciplinary steps are the following:

1. Verbal warning

2. Written warning

3. Disciplinary suspension

4. Discharge for cause

"A" Violations. Violations of the following examples may be considered grounds for immediate discharge:

1. Theft of company property or property belonging to another employee.

2. Falsifying company records, including application forms, labor or time reporting.

3. Willful damage to company equipment or property.

4. Possession of or drinking of intoxicants, or being intoxicated on company property; also possession of dangerous drugs and/or narcotics, or being under the influence of same on company property.

5. Inappropriate behavior including harassment.

6. Insubordination, including refusal or failure to perform work assigned.

7. Gambling.

8. Sleeping during working hours.

9. Leaving the plant without permission.

10. Unauthorized possession of dangerous or illegal firearms, weapons or explosives on company property.

11. Violations of any Generac policy, including without limitation, the drug and alcohol policy.

"B" Violations. Violations of the following examples may be considered to be sufficient cause for written warning and suspension. Subsequent (2nd) violation will be sufficient cause for discharge:

1. Violation of the tobacco-free policy in this handbook.

2. Misconduct.

3. Leaving your department or work station without permission.

4. Clocking in or out another employees time.

5. Failure to give proper notice of absence.

6. Failure to observe safety rules.

7. Smoking during working hours.

"C" Violations. Violations of the following examples may be sufficient cause for a verbal warning. Second (2nd) violation will result in a written warning, third (3rd) violation will result in a written warning and suspension, and fourth (4th) violation will result in discharge:

1. Use of cellphones or any other electronic device during working hours.

2. Failure to be at your work station during working hours.

3. Willful disregard for plant housekeeping.
4. Lining up early at the time clock.
5. Excessive absence and/or tardiness.
6. Posting, removing notices, signs on bulletin boards or defamation of company property without the permission of Human Resources.
7. Visiting fellow employees while they are working
8. Refusing to work overtime without good cause.
9. Failure to observe applicable facility security policy.
10. Violation of the "No Solicitation" policy.
11. Failure to clock in or out when leaving the plant
12. Failure to observe safety rules.

# WAUKESHA & EAGLE ADDENDUM

## Call-in Procedure

Punctuality and regular attendance is expected of all employees at Generac. It is part of your job to begin work on time. When you know in advance that you will be unable to report for work, your manager must be advised prior to the day you will be absent. Should you not have been able to discuss your absence with your manager because of illness, a death in the family, or other emergency, you are to telephone the absence call-in line before your scheduled shift. Failure to properly notify your employer of your absence or tardiness may subject you to disciplinary action. The procedure for calling in is:

1. Before your scheduled shift, call 262/544-4811
2. Dial extension 2430 when prompted
3. Follow instructions given to leave a message
4. Leave a brief message including: (a) the date and time of your call, (b) your full name, (c) your department name/number, and (d) reason for your absence.

Should you have to leave your job during working hours, you must notify your manager, lead person or Human Resources before leaving and obtain permission. If you do not follow the procedure carefully, you may be subject to Generac's disciplinary process.

## Unions

We do not require that you pay union dues as a condition of your employment at Generac. All of our employees are treated equally with regards to wages, benefits and working conditions regardless of their union membership. If you do join, the company is obligated to withhold membership dues from each pay check unless you withdraw your membership at which time the deductions stop.

# WHITEWATER FACILITY ADDENDUM

## Call-in Procedure

Punctuality and regular attendance is expected of all employees at Generac. It is part of your job to begin work on time. When you know in advance that you will be unable to report for work, your manager must be advised prior to the day you will be absent. Should you not have been able to discuss your absence with your manager because of illness, a death in the family, or other emergency, you are to telephone the absence call-in line before your scheduled shift. Failure to properly notify your employer of your absence or tardiness may subject you to disciplinary action. The procedure for calling in is:

Before your scheduled shift, call 262/473-5514

Dial extension 3430 when prompted

Follow instructions to leave a message.

Leave a brief message, including:

Date and time of your call

Your full name

The area that you work in

In the event of an employee not calling and not showing up for a scheduled shift, disciplinary actions up to and including termination will be taken.

Should you have to leave your job during working hours, you must notify your manager, lead person or Human Resources before leaving and obtain permission. If you do not follow the procedure carefully, you may be subject to Generac's disciplinary process.

## The Hours of Work

The normal work week is (5) days, Monday through Friday, (8) hours each day. From time to time, the working schedule may vary to meet operation schedules. Employees will be required to work any overtime hours for which they are scheduled. Excessive overtime absences could result in disciplinary action.

## Lunch Period

Lunch period for a straight 8-hour workday is normally 11:45—12noon or 12 noon to 12:15. Other schedules may be 12 noon to 12:30pm. However, the lunch period may vary if conditions warrant a change.

## Rest Periods

In addition to lunch period, we offer you two– 10 minute paid rest periods each day.

## Designated Smoking and Tobacco Policy

The purpose of the policy is to promote safety and health for the staff and customers at the Whitewater facility. Smoking and tobacco is strictly prohibited throughout the Whitewater facility except in designated areas identified by "Smoking permitted signs". The success of the smoking and tobacco area will depend on the thoughtfulness, consideration and cooperation of all people who use the smoking and tobacco area. All employees who use this area will share in the responsibility for a clean smoking and tobacco area. All trash associated with smoking and/or tobacco usage including but not limited to butts, cigars, matches, cartons etc… must be disposed of in designated butt can or trash cans. Employees using smokeless tobacco products may not spit on the grounds in or around a designated smoking area. Spit shall be deposited in the employee's personal "spittoon" and then disposed of properly in a trash can. The smoking areas can be modified up to and including removal of the area if excess number of butts is not cleaned up and/or excess tobacco spit is seen on grounds. Enforcement of this policy is the responsibility of the department supervisors. If found in violation of this policy or general housekeeping will be subject to the disciplinary process including but not limited to termination.

# JEFFERSON FACILITY ADDENDUM

## Call In Procedure

If an employee is unable to make it to work for any reason or will be late for any reason, they must follow the steps below. It is the employee's responsibility to call in to work to report an absence or tardiness. If you do not follow this procedure carefully, you may be subject to Generac's disciplinary process.

Before your scheduled shift, call 262/473-5514.

Dial Ext. 5566 when prompted.

Follow instructions to leave a message.

Leave a brief message, including:

Date and time of your call

Your full name

The area that you work in

In the event of an employee not calling and not showing up for a scheduled shift, disciplinary actions up to and including termination will be taken.

## The Hours of Work

The normal work week is (5) days, Monday through Friday, (8) hours each day. From time to time, the working schedule may vary to meet operation schedules. Employees will be required to work any overtime hours for which they are scheduled. Excessive overtime absences could result in disciplinary action.

## Lunch Period

Lunch period is normally from 12 noon to 12:30pm. However, the lunch period may vary if conditions warrant it.

## Rest Periods

In addition to lunch period, we offer you two– 10 minute paid rest periods each day.

## Small Appliance Policy

All personal area appliances are strictly prohibited from use at the Jefferson facility. This includes but is not limited to space heaters, microwaves, coffee machines, toasters, radios, appliances with heating coils and/or digital picture frames. Using personal appliances leads to overloaded circuits, increase fire hazards and can cause discomfort for others in the working area.

Enforcement of this policy is the responsibility of the department supervisors. If an unauthorized small appliance is found it is immediately to be removed from the building. Failure to adhere to this policy may lead to disciplinary action up to and including termination.

## Closed Campus Policy

The Jefferson Facility will be a closed site for all shop hourly operations. During the working hours personnel will not be able to leave during breaks or lunch periods. Non work related visitors will not be allowed in the building or in the parking lot.

A designated smoking area will be on site for use on breaks. See Smoking Policy for more details. Enforcement of this policy is the responsibility of the department supervisors. Leaving the grounds for any reason without approval can be considered job abandonment including but not limited to termination.

## Designated Smoking and Tobacco Policy

The purpose of the policy is to promote safety and health for the staff and customers at the Jefferson facility. Smoking and tobacco is strictly prohibited throughout the Jefferson facility except in designated areas identified by "Smoking permitted signs".

The success of the smoking and tobacco area will depend on the thoughtfulness, consideration and cooperation of all people who use the smoking and tobacco area. All employees who use this area will share in the responsibility for a clean smoking and tobacco area. All trash associated with smoking and/or tobacco usage including but not limited to butts, cigars, matches, cartons etc... must be disposed of in designated butt can or trash cans. Employees using smokeless tobacco products may not spit on the grounds in or around a designated smoking area. Spit shall be deposited in the employee's personal "spittoon" and then disposed of properly in a trash can. The smoking areas can be modified up to and including removal of the area if excess number of butts is not cleaned up and/or excess tobacco spit is seen on grounds. Enforcement of this policy is the responsibility of the department supervisors. If found in violation of this policy or general housekeeping will be subject to the disciplinary process including but not limited to termination.

## Over Time Pay Policy

Like the demand of our product, the demand for your services may increase from time to time. If you are asked to work overtime it is your obligation to do so.

# OSHKOSH FACILITY ADDENDUM

## Call In Procedure

If an employee is unable to make it to work for any reason or will be late for any reason, they must follow the steps below. It is the employee's responsibility to call in to work to report an absence or tardiness. If you do not follow this procedure carefully, you may be subject to Generac's disciplinary process.

Before your scheduled shift, you should make every attempt to reach your supervisor at their direct line. If your supervisor is not available, you should leave a message, including: date and time of your call, your full name, your work area. If you are unable to leave a message with your supervisor, you should call the main number at 920-236-4200 and leave a message (previous instructions) with the switchboard voicemail.

In the event of an employee not calling and not showing up for a scheduled shift, disciplinary actions up to and including termination will be taken. Any absence from a specially scheduled work assignment is recorded like an absence from regularly scheduled work. If you are absent two or more days in a row without reporting your absence to your supervisor, we assume you have voluntarily quit as of the date your absence began.

## Hours Of Work

The regular workweek is 40 hours, made up of four days of ten hours each, subject to customer's needs.

- Normal first shift hours are 6:00 a.m. to 4:30 p.m. with break times at 9:00 a.m. to 9:10 a.m., and 2:30 p.m. to 2:40 p.m. First Shift has an unpaid lunch break from 12:00 p.m. to 12:30 p.m.

- Normal Second Shift hours are 4:30 p.m. to 3:00 a.m. with an unpaid lunch break from 10:00 p.m. to 10:30 p.m. Second Shift employees should see their supervisor for information on break times.

If a schedule change or overtime is needed, we will announce the change as far in advance as possible. At times, due to customer or operational needs, we may deviate from our normal break schedule. Your supervisor must authorize any change in these normal work hours.

## Attendance

If you are unable to be at work, you should let your supervisor know by the start of your shift, but no later than one hour into your scheduled shift. This notice gives Generac an opportunity to reassign your work for that day. Also, unless other arrangements have been made, you must call in or on any day you are scheduled to work and cannot report for all or part of your scheduled shift. Any unreported absence can result in disciplinary action up to and including discharge. You must also keep your supervisor informed about the status of your absence and you must follow his/her instruction about contacting Generac while absent. You can report your absence by calling 920-236-4200. If you attempt to contact Generac before the start of your shift is unsuccessful, you are expected to continue to make contact until you are successful.

An "Absence/Time Off Request Form" should be completed and given to your supervisor each time you need to miss any work time (vacation, etc.) A "Missed Time Report" should be completed upon your return to work, anytime you miss work time. These are available from your supervisor or Human Resources.

Regardless of the job you hold at Generac, attendance is an essential function of that job. When you are not here, others must perform your work or it doesn't get done, just as you must help assume the work of others when they are not here. You are needed or your job would not exist. Please make every effort to be present and on time. Missing too much work may result in disciplinary action and can result in discharge.

Absences include missed time from all or part of your scheduled workday (e.g. tardies, leaving early, or missing the entire scheduled workday). Excessive absences of this type will result in discipline under the disciplinary guidelines, including possible discharge. Excessive absences are defined as:

- Missing 45 hours of work in any 180-day period .

- Being tardy three (3) times in any 30-day period or five (5) times in any 180-day period. NOTE: All time beyond the first hour of a tardy is also counted towards the 45-hour guideline mentioned above.
- Excessive Monday or Friday absences (Pattern Absenteeism) may result in disciplinary action.

## Holidays

Generac observes these holidays:

| | |
|---|---|
| New Years Day | Thanksgiving Day |
| Memorial Day | Christmas Eve Day |
| Independence Day (July 4th) | Christmas Day |
| Labor Day | Floating (1 Day) |

As a general rule, you must have worked at Generac for at least 6 weeks before you can get holiday pay. Holiday pay is the same amount you normally get for working a 10-hour day. When Saturday is the holiday, Thursday is usually taken. When the holiday is Sunday, Monday is usually taken. To get holiday pay, you must work all hours required on the day before and the day after the holiday. Holiday pay counts as hours worked when computing overtime.

## Floating Holiday

Like a vacation day, the floating holiday must be scheduled through your supervisor in order to give him or her the opportunity to schedule someone to cover your work during your absence. In the event that available floating holiday time is not used by the end of the benefit year, employees will forfeit the unused floating holiday time. Generac reserves the right to assign the floating holiday or change the schedule at anytime.

## Smoking Policy

The purpose of the policy is to promote safety and health for the staff and customers at the Oshkosh facility. Smoking and tobacco is strictly prohibited throughout the Oshkosh facility except in a designated outside area identified by "Smoking permitted signs". The success of the smoking and tobacco area will depend on the thoughtfulness, consideration and cooperation of all people who use the smoking and tobacco area. All employees who use this area will share in the responsibility for a clean smoking and tobacco area.

All trash associated with smoking and/or tobacco usage including but not limited to butts, cigars, matches, cartons etc... must be disposed of in designated butt can or trash cans. Employees using smokeless tobacco products may not spit on the grounds in or around a designated smoking area. Spit shall be deposited in the employee's personal "spittoon" and then disposed of properly in a trash can.

Enforcement of this policy is the responsibility of the department supervisors. If found in violation of this policy or general housekeeping will be subject to the disciplinary process including but not limited to termination.

## Badge Policy

The purpose of the policy is to provide a restricted access site to assemble, store, test and manufacture our product at the Oshkosh facility. Your Badge is required to enter the building and for clocking in and out at the time clock. If you do not follow the badge policy, you may be subject to Generac's disciplinary process. In the event your badge has been lost, contact your supervisor and/or Human Resources immediately for a replacement.

# CONFIRMATION OF RECEIPT OF EMPLOYEE HANDBOOK

I acknowledge that I have received and will read Generac's Employee Handbook. I understand that this Employee Handbook is only a general guide meant to comply with federal, state, and local laws and that I understand that, unless covered by a collective bargaining agreement, except for employment at-will status, any and all policies or practices can be changed at any time by Generac. I understand that unless otherwise prohibited by law or contract, Generac reserves the right to change my hours, wages, and working conditions at any time.

I understand that I am required to adhere to the guidelines and policies outlined in the Employee Handbook. I also understand that the guidelines and policies outlined in the most current version of the Employee Handbook supersede previous versions. I understand that I should consult Human Resources regarding any questions not answered in the Handbook

I understand and agree that other than the SVP of Human Resources, no manager, or representative of Generac has authority to enter into any agreement, express or implied, for employment for any specific period of time, or to make any agreement for employment other than at-will; only the SVP of Human Resources has the authority to make any such agreement and then only in writing, signed by the SVP of Human Resources.


Employee's Name (Please Print)

Employee's Signature

Date

# CONFIRMATION OF RECEIPT OF EMPLOYEE HANDBOOK

I acknowledge that I have received and will read Generac's Employee Handbook. I understand that this Employee Handbook is only a general guide meant to comply with federal, state, and local laws and that I understand that, unless covered by a collective bargaining agreement, except for employment at-will status, any and all policies or practices can be changed at any time by Generac. I understand that unless otherwise prohibited by law or contract, Generac reserves the right to change my hours, wages, and working conditions at any time.

I understand that I am required to adhere to the guidelines and policies outlined in the Employee Handbook. I also understand that the guidelines and policies outlined in the most current version of the Employee Handbook supersede previous versions. I understand that I should consult Human Resources regarding any questions not answered in the Handbook

I understand and agree that other than the SVP of Human Resources, no manager, or representative of Generac has authority to enter into any agreement, express or implied, for employment for any specific period of time, or to make any agreement for employment other than at-will; only the SVP of Human Resources has the authority to make any such agreement and then only in writing, signed by the SVP of Human Resources.

Employee Name: (print) _____

Employee Signature: _____

Date: _____

Printed copies are considered uncontrolled. For the most recent, accurate version of this policy, please access the currently
published document on *Powernet* or see your Human Resources representative.

Case 1:17-cv-01413-WCG   Filed 06/11/18   Page 30 of 30   Document 43-1    PL 0139