UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TIMOTHY TOM, JR.

on behalf of himself and all

others similarly situated,

    Plaintiff,

Case No. 17-CV-1413

v.

GENERAC POWER SYSTEMS, INC.
a Domestic Corporation,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Defendant, Generac Power Systems, Inc., by its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Timothy Tom, Jr., by his attorneys, Walcheske & Luzi, LLC, (collectively, the "Parties") hereby notifies the Court that the Parties have recently reached a settlement of this matter. The Parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days. Accordingly, the Parties respectfully request that the Court stay the litigation in anticipation of settlement.

Dated this 7th day of August, 2019

| | |
|---|---|
| s/ James A. Walcheske | s/ Keith E. Kopplin |
| James A. Walcheske | Keith E. Kopplin |
| State Bar No. 1065635 | State Bar No. 1044861 |
| WALCHESKE & LUZI, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 15850 West Bluemound Road, Suite 304 | |
| Brookfield, Wisconsin 53005 | 1243 N. 10th Street, Suite 200 |
| Email: jwalcheske@walcheskeluzi.com | Milwaukee, Wisconsin 53205 |
| Telephone: (262) 780-1953 | Email: keith.kopplin@ogletree.com |
| | Telephone: (414) 239-6406 |
| **ATTORNEYS FOR PLAINTIFF TIMOTHY TOM, JR.** | **ATTORNEYS FOR DEFENDANT GENERAC POWER SYSTEMS, INC.** |

38271431.1